## UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant

v.

## Ivan K. HADLOCK and F. Joseph Doerr, Ancillary Executor of the Estate of Carmita L. Helmbold, Deceased, Appellees.

## Nos. 14966 and 15141.

United States Court of Appeals District of Columbia Circuit.

Argued Sept. 22, 1959.

Decided Oct. 15, 1959.

Mr. Thomas S. Jackson, Washington, D. C., with whom Messrs. Robert M. Gray and John W. Jackson, Washington, D. C., were on the briefs, for appellant.

Mr. John J. Donnelly, Washington, D. C., for appellees.

Before EDGERTON, BAZELON and BURGER, Circuit Judges.

## PER CURIAM.

A surety appeals from judgments requiring it to make good, to the extent of its undertaking, the defaults of the principal debtor. We find no error

Affirmed.